IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| **CHARLES FOSTER,**<br>Individually And On Behalf Of All Others,<br><br>Plaintiffs,<br><br>vs.<br><br>**SONESTA INTERNATIONAL HOTELS CORPORATION,**<br><br>Defendant. | Case No.: 5:23-cv-6117<br><br>State Court Case No.: 23CN-CC00042<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331 and 1441 (a), Defendant Sonesta International Hotels Corporation ("Defendant") hereby removes to the United States District Court for the Western District of Missouri the action styled *Charles Foster v. Sonesta International Hotels Corporation*, Case No. 23CN-CC00042, currently pending in the Circuit Court of Clinton County, Missouri. Defendant removes this case on the grounds of federal question. In support of its Notice of Removal, Defendant states as follows:

### I.  THE STATE COURT ACTION

1. Plaintiff Charles Foster ("Plaintiff") commenced this action on July 6, 2023, in the Circuit Court of Clinton County, Missouri, by filing his Petition in the case styled *Charles Foster v. Sonesta International Hotels Corporation*, Case No. 23CN-CC00042.

2. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant in the Circuit Court action are attached as **Exhibit A**.

3. The Petition asserts three counts under the Fair Credit Reporting Act ("FCRA"), asserting class allegations of adverse action, authorization violations, and certification violations. See, **Exhibit A**, Petition.

4. On August 14, 2023, counsel for Defendant waived service on behalf of Defendant effective August 14, 2023. Declaration of Charles E. Reis, IV attached as **Exhibit B**.

5. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of Defendant's waiver of service.

6. By removing this action, Defendant does not waive any defenses or objections that it may have, including but not limited to, sufficiency of process, service of process, personal jurisdiction, or arbitrability of claims.

## II. VENUE

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1446 as the United States District Court for the Western District of Missouri geographically embraces the state court in Clinton County, Missouri, in which Plaintiff filed his state court action.

## III. JURISDICTION

### A. Federal Question

8. Plaintiff's Petition alleges violations of the FCRA, 15 U.S.C. § 1681 *et seq.*, a federal statute. (See Exhibit A, Petition).

9. Because Plaintiff's Complaint raises a federal question, this Court has original jurisdiction over this action under 28 U.S.C. § 1331, and Defendant is entitled to remove this case to this Court pursuant to 28 U.S.C. § 1441(a).

## IV. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

10. In accordance with 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Greene County, Missouri, and will

simultaneously provide written notice of the filing of this Notice of Removal to counsel for Plaintiff as reflected by the Certificate of Service.

## V. **CONCLUSION**

WHEREFORE, having fulfilled all statutory requirements, Defendant removes the above captioned matter to this Court from the Circuit Court of Clinton County, Missouri, and requests the Court to assume full jurisdiction over the matter as provided by law and to permit this action to proceed before it.

Respectfully submitted,

*/s/ Charles E. Reis, IV*
Charles E. Reis, IV, Bar No. 32535MO
creis@littler.com
Morgan L. Taylor, Bar No. 67750MO
mltaylor@littler.com

LITTLER MENDELSON P.C.
600 Washington Avenue
Suite 900
St. Louis, MO 63101
Telephone: 314.659.2000
Facsimile: 314.659.2099

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of September, 2023, the foregoing document was filed with the Clerk of the Court using the CM/ECF system to be served by operation of the Court's electronic filing system and via email upon the following:

Charles Jason Brown
Jayson A. Watkins
BROWN & WATKINS LLC
301 South, US-169
Gower, Missouri 64454
Tel: 816-505-4529
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com

*Attorneys for Plaintiff*

/s/ *Charles E. Reis, IV*

4886-6481-9830.2 / 071809-1050